UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED TRIPPETT, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>OTHER HALF BREWING COMPANY, INC.,<br><br>　　　　　　　　　　Defendant. | 25-CV-1372 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　On February 20, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. *See* Dkt. 5. Although Defendant was served on February 26, 2025, the parties have still yet to file their joint letter. *See* Dkt. 6.

　　The parties shall submit their joint letter no later than April 21, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:　　April 14, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge